IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          **Plaintiff,**<br>**vs.**<br><br>**WILLIAM SCARLETT,**<br><br>          **Defendant.** | PO 20-05049-TJC<br><br>Violation Number: FATK00B4<br>Location Code: M6H<br><br>**ORDER** |

Pending before the Court is the motion of the United States to vacate the bench trial currently set for November 17, 2020, and to set collateral in this matter. (Doc. 6.)   For good cause shown,

IT IS ORDERED that the bench trial currently set for November 17, 2020, at 9:00 a.m. is VACATED.

IT IS FURTHER ORDERED that the forfeiture amount is set at $70.00 in addition to the $30.00 processing fee, for a total mount owing of $100.00.

Payments may be made via U.S. Mail to:

> Central Violations Bureau
> P.O. Box 780549
> San Antonio, TX 78278-0549

1

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this 27th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge